IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

            Plaintiff,

v.

$7,000 U.S. CURRENCY AND
$5,000 U.S. CURRENCY,

            Defendants.

DEFAULT JUDGMENT

14-cv-180-wmc

---

The United States of America, by its attorney, John W. Vaudreuil, United States Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United States Attorney, the government filed a Verified Complaint of Forfeiture *in rem* against $7,000 and $5,000 in U.S. currency.

The amended complaint alleges that these sums were (1) furnished or intended to be furnished in exchange for a controlled substance, (2) proceeds traceable to such an exchange, (3) used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq*. As such, these funds are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

Moreover, the government attempted to provide notice to all known, interested parties. Notice of the forfeiture complaint was also published on the official internet government forfeiture site, www.forfeiture.gov, from April 25, 2014, through May 24, 2014. The notices required that any claimant file a claim in this action.

No claim, answer, or other responsive pleadings have been filed pursuant to Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

Forfeiture Actions.

The United States of America has made application to this Court for a default judgment to be entered,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest in the $7,000 and $5,000 U.S. currency is conveyed to the United States of America as plaintiff.

2. The United States Marshal for the Western District of Wisconsin is directed to dispose of these sums in accordance with federal law.

DATED: September 9, 2014

BY THE COURT:

WILLIAM M. CONLEY
United States District Judge

Entered this 11th day of September 2014.

PETER OPPENEER, Clerk of Court
United States District Court